UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WAYNE VERHAAG, et al.,<br><br>      Plaintiffs,<br><br>  vs.<br><br>THE STATE OF WASHINGTON, STEVENS COUNTY, et al.,<br><br>      Defendants. | NO. CV-09-377-JLQ<br><br>**ORDER DISMISSING COMPLAINT** |

The court has reviewed the Verhaag's Motion to Voluntarily Dismiss Without Prejudice (Ct. Rec. 17) and has determined that it complies with Fed. R. Civ. P. 41(a)(1)(A).  Accordingly,    **IT IS HEREBY ORDERED**:

The Plaintiffs' Motion to Voluntarily Dismiss Without Prejudice (Ct. Rec. 17) is **GRANTED**.

The Clerk is hereby directed to enter this Order, dismiss the Complaint, and the claims therein without prejudice, furnish copies to counsel and the Verhaags and close the case file.

**DATED** this 11th day of May, 2010.

                    s/ Justin L. Quackenbush
                  JUSTIN L. QUACKENBUSH
             SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1